**Terry Burke DOTSON, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2010–3092.

United States Court of Appeals, Federal Circuit.

Nov. 23, 2010.

Katherine Smith, Law Office of Katherine Smith, Holyoke, MA, for Petitioner.

P. Davis Oliver, Department of Justice, Washington, DC, for Respondent.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re Jan ZAVADA, Silvia Pastorekova, and Jaromir Pastorek.**

No. 2010–1560.

United States Court of Appeals, Federal Circuit.

Nov. 24, 2010.

Raymond T. Chen, Patent & Trademark Office, Alexandria, VA, for Appellee.

Leona L. Lauder, Law Offices of Leona L. Lauder, San Francisco, CA, for Appellants.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).